NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEMETRICE PAUL SMITH, DOC #072337, )
)
        Appellant, )
)
v. )      Case No. 2D17-3794
)
STATE OF FLORIDA, )
)
        Appellee. )
_____ )

Opinion filed March 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Collier
County; Christine H. Greider, Judge.

PER CURIAM.

        Affirmed.

LaROSE, C.J., and KELLY and LUCAS, JJ., Concur.